■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL A. Q. HERNANDEZ, Appellant.—Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered on May 12, 1988, convicting defendant upon a plea of guilty of three counts of criminal sale of a controlled substance in the second degree and sentencing defendant to concurrent indeterminate terms of imprisonment of from 5 years to life, unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.) Concur—Murphy, P. J., Carro, Kupferman, Asch and Rubin, JJ.

■ ISMET DELOSOVIC, Individually and as Administrator of the Estates of VAID DELOSOVIC and Another, Deceased, et al., Respondents, v CITY OF NEW YORK, Appellant, et al., Defendants. (And Two Third-Party Actions.)—Judgment, Supreme Court, New York County (Edward Lehner, J.), entered on or about January 12, 1990, unanimously affirmed for the reasons stated by Edward Lehner, J., without costs. (143 Misc 2d 801.) No opinion. Concur—Murphy, P. J., Carro, Kupferman, Asch and Rubin, JJ.

■ MACMILLAN, INC., Appellant, v NEIL S. HAYDEN, Respondent.—Order, Supreme Court, New York County (Irma Vidal Santaella, J.), entered on or about January 28, 1991, unanimously affirmed for the reasons stated by Irma Vidal Santaella, J., with costs. No opinion. Concur—Murphy, P. J., Carro, Kupferman, Asch and Rubin, JJ.